**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JEFFREY SCOTT RATCHFORD,
ADC #127515, et al.                                                                                       PLAINTIFFS

V.                                         5:11-cv-00180-DPM-JTK

GLADYS M. EVANS, et al.                                                                              DEFENDANTS

## ORDER

Defendants shall file Responses to Plaintiffs' Motions for Temporary Restraining Order (construed by the Court as Motions for Preliminary Injunctive Relief), Preliminary Injunction, and Class Certification (Doc. Nos. 6, 14, 21, 30) within fifteen days of the date of this Order.

In addition, Defendant James Banks, through his attorney, has filed an Answer and supplied his correct and complete name (Doc. No. 36).  The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 9th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE