**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JEFFREY SCOTT RATCHFORD,

ADC#127515, ET AL.                                                                          PLAINTIFFS

v.                         CASE NUMBER 5:11-cv-00180-DPM-JTK

GLADYS M. EVANS, ET AL.                                                              DEFENDANTS

**ORDER**

Ray Hobbs, and James Banks are hereby authorized to bring a cell phone, and Daniel Potter is authorized to bring a cell phone and a laptop computer into the courthouse for the motions hearing set for Thursday, November 3, 2011 at 9:30 a.m., subject to the following rules. Counsel is also directed to be familiar with this Court's Amended General Order 54. This Order should be presented when entering the building.

(a)  The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)  Cell phones must be turned off and put away when in the courtroom.

(c)  Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d)  Before persons with electronic devices are granted entry into the Courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e)  The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SIGNED this 2nd day of November, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE