## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEFFREY SCOTT RATCHFORD,                                                              PLAINTIFFS
ADC #127515

v.                                    5:11-cv-00180-DPM-JTK

GLADYS M. EVANS, et al.                                                              DEFENDANTS

### ORDER

This matter is before the Court on Plaintiffs' Motion for Order for Restoration of Files (Doc. No. 98). Defendants filed a Response in opposition to the Order (Doc. No. 105).

In the Motion, Plaintiff Ratchford claims that Defendants destroyed the legal files he saved on the Inmate Word Processing System (IWPS). Plaintiff does not, however, provide a list of the documents allegedly at issue, or otherwise describe their content. In addition, Defendants fail to address Plaintiff's claim of destruction of files in their Response. Therefore, this Court requires additional information from both parties prior to a ruling on the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Ratchford shall supplement his Motion within ten days of the date of this Order. In this Supplement, Plaintiff shall specifically identify the documents which he seeks to retrieve from the IWPS. Defendants shall file a response ten days after receipt of Plaintiff's Response, addressing the documents sought by Plaintiff and his claim of destruction.

IT IS SO ORDERED this 2nd day of March, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE