IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFREY SCOTT RATCHFORD,                                                PLAINTIFFS
ADC # 127515; CHARLES E. BUTLER,
ADC # 110397; ROBERT HEFFERNAN,
ADC # 76641; and DELLEMOND
CUNNINGHAM, ADC # 104415

v.                          No. 5:11-cv-180-DPM

GLADYS M. EVANS, Program
Specialist, Varner Unit, ADC;
BARBARA SMALLWOOD, Business
Manager, Varner Unit, ADC; JAMES
BANKS, Warden, Varner Unit, ADC;
originally sued as J Banks; and RAY
HOBBS, Director, Arkansas Deptartment
of Correction                                                                              DEFENDANTS

## JUDGMENT

Plaintiffs' complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 September 2012